**Appeal Dismissed and Memorandum Opinion filed September 17, 2024.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-24-00228-CV

## ABE GOFF AND HILL ZION MISSIONARY BAPTIST CHURCH, Appellants

## V.

## DORRIS X. C. KNOTTS, JACKSON HARRIS AND PROSPERITY BANK, Appellees

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-66488**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 1, 2024. The clerk's record was filed June 3, 2024. The reporter's record was not filed. On July 15, 2024, we issued a notice stating that appellant's brief was returned for non-compliance with the Texas Rules of Appellate Procedure, appellant was directed to re-submit their brief within one business day. No brief was filed.

On August 6, 2024, we issued an order stating that unless appellant filed a brief on or before September 5, 2024, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.